**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff
JULIO CRUZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JULIO CRUZ,

        Plaintiff,

    vs.

SIP & SAVOR LLC; FULLERTON
PROMENADE PARTNERS, LLC; and
DOES 1 to 10,

        Defendants.

**Case No.: 8:24-cv-00713-KES**

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

    **PLEASE TAKE NOTICE** that Plaintiff JULIO CRUZ ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

    (a) **Voluntary Dismissal.**

        (1)    *Without a Court Order.*  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: May 6, 2024          **SO. CAL. EQUAL ACCESS GROUP**


By:    */s/  Jason J. Kim*
          Jason J. Kim, Esq.
          Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**